## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 6, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Plaintiff's request for an adjournment of the initial pretrial conference is GRANTED. The initial pretrial conference shall be rescheduled for March 12, 2025 at 10:00 a.m.

Dated: January 7, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Espinal v. Coursehorse, Inc.*
        Case No.: 1:24-cv-8235

Dear Judge Rochon,

The undersigned represents Frangie Espinal, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Coursehorse, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 15, 2025, at 12:00 p.m (Dkt. 4) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.