UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANGIE ESPINAL,

                Plaintiff,

-against-

COURSEHORSE, INC.,

                Defendant.

24-cv-08235 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Complaint in this matter was filed on October 29, 2024. Dkt. 1. Plaintiff has not filed proof of service with the Court within 90 days as required by Federal Rules of Civil Procedure 4(l) and (m).

    It is HEREBY ORDERED that Plaintiff update the Court as to whether and in what manner service has been made by January 31, 2025. Failure to do so may result in the dismissal of this case for failure to prosecute.

Dated: January 28, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge